

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00556-CV

Vanessa **GARCIA**,
Appellant

v.

David **HAYES**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV06246
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We ORDER appellant Vanessa Garcia to pay the costs of this appeal.

SIGNED February 28, 2024.

Luz Elena D. Chapa, Justice